UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 09-3115 DSF (FMOx) | Date | 5/26/09 |
|---|---|---|---|
| Title | Interstate Debt Managers, Inc. v. Emily Champion | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (In Chambers) Order REMANDING Case to Superior Court

   This case was removed from the Superior Court of California, Los Angeles County on May 4, 2009, by third-party defendant[1] CCN Community Care Network. While the Ninth Circuit has not ruled on the subject, the vast majority of courts have found that a third-party, counter, or cross-defendant cannot remove an action to federal court. See e.g., Palisades Collections LLC v. Shorts, 552 F.3d 327, 332-34 (2008) (collecting cases); First Nat'l Bank of Pulaski v. Curry, 301 F.3d 456, 461-67(2002) (collecting cases). The Court follows this majority position.[2]

   The case is REMANDED to the Superior Court of California, Los Angeles County.

   IT IS SO ORDERED.

---

[1] CCN is captioned as a cross-defendant, but is a third-party defendant under Federal Rule of Civil Procedure 14. Cross-complaints in the federal system are claims by one party against another party of the same alignment, i.e., plaintiff v. plaintiff or defendant v. defendant. See Fed. R. Civ. P. 13(g).

[2] The notice of removal is also procedurally deficient because all defendants did not join in the notice. See 28 U.S.C. § 1441(a); Parrino v. FHP, Inc., 146 F.3d 699, 703 (9th Cir. 1998).